SECOND DEPARTMENT, JANUARY, 1955.

(January 5, 1955.)

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOE HARRIS, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of the crime of unlawful entry (Penal Law, § 405) and sentencing him to a term of four months' imprisonment in the workhouse. Judgment reversed on the law and new trial ordered. In our opinion the proof adduced was not sufficient to establish defendant's guilt beyond a reasonable doubt. A new trial is ordered, however, to permit the introduction of any further proof available. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

(January 10, 1955.)

■

EDITH GARR, Appellant, v. EVA COHEN et al., Respondents.— Motion to dismiss appeal granted by default, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

■

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent, v. STANLEY HAIDUK, Appellant, et al., Defendants.— Motion to dismiss appeal, made on call of calendar, granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

■

CHAUNCEY B. GRIFFEN, Respondent, v. SUNNYBROOK REALTY Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 284 App. Div. 988.]

■

In the Matter of the Accounting of DAVID BERKE et al., as Executors of WOLF BERKOWITZ, Deceased, Appellants. CELIA SHIPMAN, also Known as CELIA BERKE, as Executrix of MORRIS BERKE, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See 284 App. Div. 988.]

■

ELIZABETH L. BROWN, Respondent, v. MILDRED FERGUSON, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.